IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cv-1700-RPM

HAYNES TRANE SERVICE AGENCY, INC. and
FREDERICK M. HAYNES,

      Plaintiffs,

v.

AMERICAN STANDARD, INC. *d/b/a*
THE TRANE COMPANY,

      Defendant.

---

ORDER ON PENDING MOTIONS

---

The record in this action shows a number of pending motions that are moot or that were resolved at the conference held on January 10, 2005, or at the hearing on discovery motions held on June 1, 2005. To clarify the record, it is

0RDERED that the defendant's joint (second) motion, filed September 10, 2004, for extension of the deadline for the exchange of Rule 26(a)(2) disclosures is moot; it is

FURTHER ORDERED that the defendant's motion, filed November 3, 2004, to exclude evidence of unspecified promises is denied; it is

FURTHER ORDERED that the defendant's unopposed motion, filed December

16, 2004, for extension of time to file reply brief in support of motion to exclude evidence of unspecified promises is moot; it is

FURTHER ORDERED that the defendant's motion for partial summary judgment, filed December 23, 2004, is denied for the reasons set forth on the record during the conferences held on January 10, 2005 and June 1, 2005; it is

FURTHER ORDERED that the plaintiff's motion filed January 6, 2005, for protective order with respect to the deposition of Steve Moss, and the defendant's motion to compel discovery filed January 7, 2005, are moot because they were superseded by the parties' joint statement regarding discovery disputes, submitted on February 25, 2005.  Discovery disputes pending as of June 1, 2005, were resolved at the hearing on that date; it is

FURTHER ORDERED that the defendant's motion, filed January 10, 2005, to exclude portions of the testimony of plaintiffs' damages expert Jon Karraker, is denied. Discovery related to that report was not complete when the motion was filed, and it is not apparent that the report represents Mr. Karraker's final conclusions; it is

FURTHER ORDERED that the defendant's motion filed January 20, 2005, for court order requiring plaintiffs to respond to defendant's motion for partial summary judgment is denied; it is

FURTHER ORDERED that the defendant's motion, filed March 15, 2005, for extension of time to file a reply brief in support of its motion to exclude portions of the testimony of the plaintiff's damages expert is denied; it is

FURTHER ORDERED that the defendant's reply tendered on April 20, 2005, is deemed filed as of that date. Defendant's unopposed motion, filed April 20, 2005, for extension of time to file reply is moot.

Dated: August <u>9th</u> , 2005.

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge