IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-M-1700

HAYNES TRANE SERVICE AGENCY, INC., and
FREDERICK M. HAYNES,

       Plaintiffs,

v.

AMERICAN STANDARD, INC., d/b/a THE TRANE COMPANY,

       Defendant.

_____

## ORDER
_____

       Pursuant to the Notice of Withdrawal as Counsel, filed on October 4, 2005, it is

       ORDERED that Julie M. Williamson is allowed to withdraw as counsel for

defendant and she is relieved of any further responsibilities in this matter.

       DATED:  October 5, 2005

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge

Case Number: 95-M-1700

I certify that I mailed a copy of the attached to the following:

Charles B. Hecht
J. Lawrence Hamil
Elizabeth Wylie Johnston
140 E. 19th Ave. #600
Denver, CO 80203

Donald B. Ayer
Jones, Day, Reavis & Pogue
51 Louisiana Ave. NW
Washington, DC 20001-2113

Daniel M. Reilly
Larry S. Pozner
Julie M. Williamson
Kent C. Modesitt
Hoffman Reilly Pozner & Williamson, LLP
511 16th St. #700
Denver, CO 80202


Dated: _____

                                   GREGORY C. LANGHAM, CLERK

                                   By:_____
                                        Deputy Clerk

Charles B. Hecht
J. Lawrence Hamil
Elizabeth WylieJohnston
140 E. 19th Ave. #600
Denver, CO 80203

Donald B. Ayer
Jones, Day, Reavis & Pogue
51 Louisiana Ave. NW
Washington, DC 20001-2113

Daniel M. Reilly
Larry S. Pozner
Julie M. Williamson
Kent C. Modesitt
Hoffman Reilly Pozner & Williamson, LLP
511 16th St. #700
Denver, CO 80202