FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 FEB 21  AM 7:42

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BY_____DEP. CLK

Civil Action No. 95-M-1700

HAYNES TRANE SERVICE AGENCY, INC., and FREDERICK M. HAYNES,

    Plaintiffs,

v.

AMERICAN STANDARD, INC., d/b/a The Trane Company,

    Defendant.

---

### ORDER REGARDING JOINT MOTION TO SUSPEND BRIEFING AND CONSIDERATION OF DEFENDANT'S MOTION FOR THE APPOINTMENT OF A SPECIAL MASTER AND FOR ALLOCATION OF THE SPECIAL MASTER'S FEES

---

THIS MATTER coming before the Court on the Joint Motion to Suspend Briefing and Consideration of Defendant's Motion for the Appointment of a Special Master and for Allocation of the Special Master's Fees, and the Court having reviewed the same and being fully advised in the premises;

HEREBY ORDERS that the relief requested in the motion is GRANTED:

    a. The parties shall file a written report with the Court on or before March 20, 2006, setting forth the status of the negotiations regarding stipulations relevant to the fraud counterclaim damages quantification;

    b. In the event the parties cannot reach agreement on stipulations, Defendant's reply in support of its Motion for Special Master shall be due seven days after the parties file the status report indicating that their negotiations were unsuccessful;

134196

    c. This Court will suspend consideration of Defendant's Motion for Special Master until the filing of Defendant's reply in support of its Motion for Special Master, should such a reply prove to be necessary.

Dated this _17_ day of February, 2006.

BY THE COURT:

_____
Judge Richard P. Matsch
United States District Court Judge