IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cv-01700-RPM

HAYNES TRANE SERVICE AGENCY, INC., and
FREDERICK M. HAYNES,

        Plaintiffs,

v.

AMERICAN STANDARD, INC., d/b/a THE TRANE COMPANY,

        Defendant.

_____

RULING ON DISPUTE REGARDING COMPUTATION OF OFFSET TO FRAUD DAMAGES
_____

        Upon review of the arguments of Trane and HTSA in Part II, Determination of Offset Amount Owing to HTSA in the Joint Statement Concerning Instructions to Special Master (Proposed Instructions to the Special Master), filed September 8, 2006, it is

        ORDERED, that HTSA has the burden of proving the amount of the offset; that the credit memos collected in Plaintiff's Exhibit 571 and the summary prepared by Steve Moss do not meet that burden because there is no documentary foundation to show that the credits were not issued as a result of the pattern of fraud practiced by HTSA; that those credit memos issued by Trane after the termination of the HTSA distributorship agreement on June 7, 1995, were issued with knowledge of those fraudulent practices and are therefore admissions of the validity of those credits and will be applied to offset the damages to Trane.

        DATED: October 2nd , 2006

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge