IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-M-1700

HAYNES TRANE SERVICE AGENCY, INC. and
FREDERICK M. HAYNES,

Plaintiffs,

v.

AMERICAN STANDARD, INC. d/b/a THE TRANE COMPANY,

Defendants.

## ORDER

**THIS MATTER,** having come before the Court on the HTSA's Unopposed Motion for Enlargement of Time to Make Certain Submissions Required by the Order Appointing Special Master to Determine Counterclaim Damages, and the Court, having been fully advised in the premises, hereby

**ORDERS** that the Motion is **GRANTED.** Plantiff Haynes Trane Service Agency, Inc. shall have to and until December 15, 2006 in which to provide its analysis of each of the transactions it contends support its offset claim, including all relevant documentation.

Dated December 1, 2006.

BY THE COURT:

United States District Court Judge

4