IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cv-01700-RPM

HAYNES TRANE SERVICE AGENCY, INC., and
FREDERICK M. HAYNES,

        Plaintiffs,

v.

AMERICAN STANDARD, INC., d/b/a THE TRANE COMPANY,

        Defendant.

_____

ORDER DENYING FREDERICK HAYNES' RENEWED MOTION FOR ENTRY OF FINAL JUDGMENT
_____

        Plaintiff Frederick M. Haynes' Renewed Motion for Entry of Final Judgment (Doc. #602), filed November 27, 2006, for entry of judgment under Fed.R.Civ.P. 54(b) on his claims for breach of contract and fiduciary duty and the briefs opposing and supporting that motion, the Court finds and concludes that the motion should be denied because those claims are so interwoven with the defendant's counterclaim because of the evidence showing at trial that Frederick M. Haynes used his corporation Haynes Trane Service Agency, Inc., to perform the franchise agreement as well as the distributor agreement and it is therefore

        ORDERED that the renewed motion for entry of final judgment is denied.

        DATED:   January 24th , 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge