IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cv-01700-RPM

HAYNES TRANE SERVICE AGENCY, INC., and
FREDERICK M. HAYNES,

    Plaintiffs,

v.

AMERICAN STANDARD, INC., d/b/a THE TRANE COMPANY,

    Defendant.

_____

ORDER  DENYING MOTION TO AMEND JUDGMENT
_____

    On October 5, 2007, the plaintiffs filed a motion to amend judgment to conform to order for entry of judgment, noting that the judgment entered on September 11, 2007, awarded statutory costs to the defendant and against the plaintiffs Haynes Trane Service Agency, Inc. and Frederick M. Haynes jointly and severally.  The plaintiffs further note that in the Court's order for entry of judgment the final paragraph appears inconsistent with the Court's earlier statement that the taxation of cost is a matter for the Clerk after the entry of judgment pursuant to Rule 54(d).  That appears to give comfort to the plaintiffs in their response in opposition to Trane's motion for assessment of costs, filed July 30, 2007, asserting that the determination of liability for costs is premature procedurally.  Upon review of the plaintiffs' opposition and upon reflection as to the history of this civil action, the Court has determined that it is appropriate to award cost jointly and severally and that an effort to parse specific costs claimed by the defendant according to plaintiffs as separate parties would unduly prolong and delay this matter.  Accordingly it is

    ORDERED that the plaintiffs motion to amend judgment is denied.

    DATED: October 10th, 2007

                                            BY THE COURT:

                                            s/ Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge