IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-01700-RPM

HAYNES TRANE SERVICE AGENCY, INC., and FREDERICK M. HAYNES,

    Plaintiffs,

v.

AMERICAN STANDARD, INC., d/b/a The Trane Company,

    Defendant.

---

**ORDER REGARDING JOINT MOTION FOR LEAVE TO FILE RESPONSES
TO MOTIONS FOR REVIEW OF TAXATION OF COSTS**

---

THIS MATTER coming before the Court on the parties' Joint Motion for Leave to File Responses to Motions for Review of Taxation of Costs, and the Court having reviewed the same and being fully advised in the premises;

HEREBY ORDERS that the requested motion for leave is GRANTED. Parties shall have up to and including Monday, January 14, 2008, to file responses.

Dated this 7th day of January, 2008.

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              Judge Richard P. Matsch
                                              United States District Court Judge