IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-01700-RPM

HAYNES TRANE SERVICE AGENCY, INC. and
FREDERICK M. HAYNES,

       Plaintiffs,

v.

AMERICAN STANDARD, INC., d/b/a THE TRANE COMPANY,

       Defendant.
_____

## ORDER APPROVING CLERK'S TAXATION OF COSTS
_____

On December 7, 2007, the Clerk of this court taxed costs in the amount of $145,460.01 against the plaintiffs. On December 21, 2007, Defendant American Standard, Inc., filed a Motion for Review of Taxation of Costs and for Award of Additional Costs. On December 28, 2007, plaintiffs Haynes Trane Service Agency, Inc., and Frederick M. Haynes filed their objections to the Clerk's Taxation of Costs. Additional pleadings have been filed in support of the parties' respective positions. Upon review of these filings, it is

ORDERED that the plaintiffs' objections are denied and the defendant's motion for additional costs is denied and it is

FURTHER ORDERED that the Clerk's Taxation of Costs is approved.

DATED: February 27th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              United States District Court Judge