IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-01700-RPM

HAYNES TRANE SERVICE AGENCY, INC., and
FREDERICK M. HAYNES,

       Plaintiffs and Counterclaim Defendants,

v.

AMERICAN STANDARD, INC., d/b/a THE TRANE COMPANY,

       Defendant and Counterclaim Plaintiff.

_____

ORDER SETTING TRIAL DATE
_____

     Pursuant to the conference after remand held today, it is

     ORDERED that this matter is set for trial to jury on **March 1, 2010, at 9:00 a.m.,**

**with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A,

Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

     DATED:   July 27th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District  Judge