IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-1700-RPM

HAYNES TRANE SERVICE AGENCY, INC. and
FREDERICK M. HAYNES,

Plaintiffs,

v.

AMERICAN STANDARD, INC. d/b/a THE TRANE COMPANY,

Defendant.
_____

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Upon review of the Stipulation of Dismissal with Prejudice [715] filed by Plaintiffs and

Defendant, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs

and attorney fees.  It is

FURTHER ORDERED that the status conference set for April 22, 2010, is vacated.

Dated: April 15th, 2010.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

402172